IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MICHAEL SHANE GANT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 3:11-CV-949-WHA |
| ) | [WO] |
| ) | |
| JUDGE AL JOHNSON, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

The Magistrate Judge entered a Recommendation (Doc. #4) in this case to which no timely objections have been filed. After a review of the Recommendation, and after an independent review of the entire record, the court finds that the Recommendation should be adopted. Accordingly, it is

ORDERED that:

1. The Recommendation (Doc. #4) of the Magistrate Judge is ADOPTED;

2. Plaintiff's claims for declaratory relief with respect to orders/actions of the state court are DISMISSED with prejudice in accordance with the directives of 28 U.S.C. § 1915(e)(2)(B)(i);

3. Plaintiff's claims against Judge Al Johnson are DISMISSED with prejudice prior to service of process in accordance with the directives of 28 U.S.C. § 1915(e)(2)(B)(i) and (iii);

4. Plaintiff's claims relative to the pending criminal charge are DISMISSED without prejudice pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(ii);

5. Plaintiff's claims regarding actions which occurred on September 8, 2009 are DISMISSED with prejudice pursuant to the directives of 28 U.S.C. § 1915(e)(2)(B)(i) as Plaintiff failed to file the complaint within the time prescribed by the applicable period of limitation; and

6. This case is DISMISSED prior to service of process.

A separate judgment shall issue.

Done this 29th day of November, 2011.

/s/ W. Harold Albritton
UNITED STATES DISTRICT JUDGE